IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  2:12-cr-04040-FJG-3 |
| | ) | |
| TERRELL DEANDRE WILLIAMS, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #103 filed on April 28, 2014), to which no objection has been filed, the plea of guilty to Count 1 of the Information which was filed on April 24, 2014, is now accepted.  Defendant is adjudged guilty of such offense(s).  Sentencing will be set by subsequent order of the court.

 */s/ Fernando J. Gaitan, Jr.*
Fernando J. Gaitan, Jr.
United States District Judge

Dated:  May 20, 2014
Kansas City, Missouri